UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE: CHAPTER 13

MARTHA LUNA CASE NO. 14-80090

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Bayview Loan Servicing          **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account: 2948

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $23,098.77 |
| Amount Paid by Trustee | $23,098.77 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: ☐ Thru the Chapter 13 Plan   ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/31/18           /s/Lydia S. Meyer
                            Lydia S. Meyer, Trustee
                            308 W. State St., Suite 212
                            Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 31st Day of October, 2018

Dated:  10/31/18            /s/Cynthia K. Burnard

BAYVIEW LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
4425 PONCE DE LEON BLVD  5TH FLOOR
CORAL GABLES, FL 33146

BMO HARRIS NA
PO BOX 6201
CAROL STREAM, IL  60197-6201

BRIAN E. NEUFFER
C/O ARONBERG. GOLDGEHN, DAVIS & GARMISA
330 N. WABASH AVE. STE. 1700
CHICAGO, IL 60611

DANICA L. WERHAND
ARONBERG, GOLDGEHN, DAVIS & GARMISA
330 N. WABABSH   STE. 1700
CHICAGO, IL 60611

WILLIAM J. SERRITELLA, JR.
C/O ARONBERG, GOLDGEHN, DAVIS & GARMISA
330 N. WABASH AVE. STE. 1700
CHICAGO, IL 60611

MARTHA LUNA
1226 S. CHURCH STREET
ROCKFORD, IL  61102

ATTORNEY LAURA L. MC GARRAGAN
MC GARRAGAN LAW OFFICES
1004 N. MAIN STREET
ROCKFORD, IL  61103